IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


PAUL WAYNE JOHNSON,
       Plaintiff,

vs.                                                        Case No.:  3:04cv334/MCR/EMT

SHERIFF WENDELL HALL, et al.,
       Defendants.
_____/

## REPORT AND RECOMMENDATION

       This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  Leave to proceed in forma pauperis has been granted in part (Doc. 6).

       By order of the court dated November 19, 2004, Plaintiff was given thirty (30) days in which to pay the initial partial filing fee in the amount of $13.94 (Doc. 10).  That time elapsed with no payment received.  Therefore, on January 7, 2005, the court issued an order (Doc. 11) requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court.  The copy of the show cause order mailed to Plaintiff was returned to the court by the United States Postal Service, marked "Return to Sender" (*see* Doc. 12).

       Plaintiff has a duty to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.  Although Plaintiff notified the court of a change of address on October 6, 2004 (*see* Doc. 5), he failed to subsequently notify the court of any change of address.  Additionally, Plaintiff has filed nothing in this action since November 4, 2004 (Doc. 9), a period of more than four months.  In short, he has given no indication he intends to proceed.  Therefore, this action should be dismissed for failure to comply with an order of the court and for failure to prosecute.  *See* Loc. R. 41.1(A).

Accordingly, it is respectfully **RECOMMENDED**:

That Plaintiff's claims be **DISMISSED without prejudice** for failure to comply with an order of the court and for want of prosecution.

At Pensacola, Florida this 16th day of March, 2005.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten (10) days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* **28 U.S.C. § 636;** United States v. Roberts**, 858 F.2d 698, 701 (11th Cir. 1988).**