IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL WAYNE JOHNSON,

    Plaintiff,

vs.                                                Case No.:  3:04cv334/MCR/EMT

SHERIFF WENDELL HALL, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 16, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's claims are **DISMISSED without prejudice** for failure to comply with an order of the court and for want of prosecution.

**DONE AND ORDERED** this 28th day of April, 2005.

                                       *s/ M. Casey Rodgers*
                                     **M. CASEY RODGERS**
                                     **UNITED STATES DISTRICT JUDGE**